FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2018 MAR 28 AM 8:26
CLERK
SO. DIST. OF GA.

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| VILAYSAK SUTHSAYKHO, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:17-cv-136 |
| v. | * | |
| PATRICK GARTLAND, | * | |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 14, to which Petitioner Vilaysak Suthsaykho ("Suthsaykho") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Suthsaykho's 28 U.S.C. § 2241 Petition, **DISMISSES as moot** all pending Motions, **DENIES** Suthsaykho *in forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court

to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 27 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA